IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 26- |
| JACOB BOGATIN | : | |

ORDER FOR BENCH WARRANT

AND NOW, this 20th day of March, 2026, on motion of David D. Metcalf, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

/s/ PAMELA A. CARLOS

HONORABLE PAMELA A. CARLOS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 26- |
| JACOB BOGATIN | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 20TH day of March, 2026, David D. Metcalf, United States Attorney for the Eastern District of Pennsylvania, Matthew T. Newcomer and Jerome M. Maiatico, Assistant United States Attorneys move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

DAVID D. METCALF
United States Attorney

*s/ Matthew T. Newcomer*
Matthew T. Newcomer
Jerome M. Maiatico
Assistant United States Attorneys