**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 26-132** |
| **JACOB BOGATIN** | : | |

**<u>ORDER</u>**

AND NOW, this _____ day of July, 2026, it is hereby

O R D E R E D

that the Warden of Loudoun County Adult Detention Center, 42035 Loudoun Ctr Pl., Leesburg, VA 20175, produce the body of defendant Jacob Bogatin, DOB: 8/13/1947, Prisoner # 25-03626, on Monday, July 27, 2026, into the custody of Special Agent Karl Colder of the Federal Bureau of Investigations for a guilty plea hearing in the instant case at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, before the Honorable Mary Kay Costello, United States District Court judge for the Eastern District of Pennsylvania, on Tuesday, July 28, 2026.

It is further

O R D E R E D

that after the completion of the hearing, the defendant shall be placed into the custody of Special Agent Colder and subsequently returned to the custody of the Loudoun County Adult Detention Center no later than Wednesday, July 29, 2026.

BY THE COURT:

____________________________________
HONORABLE MARY KAY COSTELLO
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 26-132** |
| **JACOB BOGATIN** | : | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by its attorneys, David D. Metcalf, United States Attorney, Matthew T. Newcomer, Assistant United States Attorney, avers as follows:

1. Defendant Jacob Bogatin, DOB 8/13/1947, Prisoner # 25-03626, is a prisoner presently incarcerated at Loudoun County Adult Detention Center, 42035 Loudoun Ctr Pl., Leesburg, VA 20175, where he awaits trial on local Virginia charges unrelated to the presently captioned criminal case.

2. The defendant is needed on July 28, 2026, for a change of plea hearing on an Information in the presently captioned criminal case.

3. Thereafter, the defendant needs to be returned to the Loudoun County Adult Detention Center for a trial scheduled for August 2026.

The government therefore requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum directed to the Warden of Loudoun County Adult Detention Center to produce the body of the above-named prisoner on July 27, 2026, into the custody of Special Agents Karl Colder of the Federal Bureau of Investigations for a guilty plea hearing on July 28, 2026. Following the hearing, the defendant shall again be placed in the custody of Special Agent Colder, who will transport the defendant and

deliver him to the Loudoun County Adult Detention Center no later than July 29, 2026.

Respectfully yours,

DAVID D. METCALF
United States Attorney

*/s/ Matthew T. Newcomer*__________
Matthew T. Newcomer
Assistant United States Attorney

Date: July 22, 2026