IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: July 22, 2026 |
| vs. | : | |
| | : | |
| JACOB BOGATIN | : | CRIMINAL NO. 26-132 |
| *IN LOCAL CUSTODY* | | |

## NOTICE OF HEARING

**TAKE NOTICE** that the above-named defendant has been scheduled for **ARRAIGNMENT/GUILTY PLEA** on **July 28, 2026** at **10:00 A.M.**, before the **Honorable Mary Kay Costello** in Courtroom 6-A, 6th floor of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding. (Defendant is in local custody and is being transported here by FBI Agents.)

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.
☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

Michael Coyle,
Deputy Clerk to Judge Mary Kay Costello

Notice to:
Defendant
Mark Wilson, Esq., Defense Counsel
Matthew Todd Newcomer, A.U.S.A.
Jerome M. Maiatico, A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Interpreter Coordinator