**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 26-132** |
| **JACOB BOGATIN** | : | |

**WAIVER OF INDICTMENT UNDER FED.R.CRIM.P. 7(b)**

Defendant Jacob Bogatin, accused of four counts of theft of government money, in violation of Title 18 U.S.C. § 641, and having been advised of the nature of the charges and of his rights, waives in open court prosecution by Indictment and consents to this prosecution proceeding by way of Information instead of by Indictment.

JACOB BOGATIN
Defendant

MARK WILSON, Esq.
Counsel for Defendant

Witness

DATE: July 28, 2026