IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v | : | |
| JACOB BOGATIN | : | NO. 26-132-1 |

**ORDER**

**AND NOW**, this 28th day of July, 2026, the above-named defendant having been examined and testified under oath or has otherwise satisfied the Court that he: (1) is financially unable to obtain representation by counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Defender Association of Philadelphia, Federal Court Division, is hereby appointed pursuant to Title 18, § 3006A to represent said defendant in the above matter, said appointment shall remain in effect until terminated or a substitute attorney is appointed.

BY THE COURT:

Mary Kay Costello

MARY KAY COSTELLO, J.

Cr 18 (5/21)