AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

JACOB BOGATIN
*Defendant*

Case No. 26-132

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JACOB BOGATIN, who is accused of an offense or violation based on the following document filed with the court:

- ☒ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:
18:641 - THEFT OF GOVERNMENT MONEY

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Date: 03/20/2026

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

George V. Wylesol, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7/28/2026, and the person was arrested on *(date)* 7/28/2026 at *(city and state)* Philadelphia.

Date: 7/28/2026

*Arresting officer's signature*

Karl Colder, Special Agent
*Printed name and title*