**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 26-132** |
| | : | |
| | : | |
| **JACOB BOGATIN** | : | |

## ENTRY AND WITHDRAWAL OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter. Please remove Mark Wilson, Assistant Federal Defender as counsel of record.

Respectfully submitted,

*/s/ James J. McHugh, Jr.*
JAMES J. McHUGH, JR.
Assistant Federal Defender

Withdrawing Attorney:

*/s/ Mark Wilson*
MARK WILSON
Assistant Federal Defender

## <u>CERTIFICATE OF SERVICE</u>

I, James J. McHugh, Jr., Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the attached Entry and Withdrawal of Appearance to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing ("ECF") and/or by electronic mail upon:

Jerome M. Maiatico
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania, 19106.

*<u>/s/ James J. McHugh, Jr.</u>*
JAMES J. McHUGH, JR.
Assistant Federal Defender

DATE: August 10, 2026