IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: August 18, 2026 |
| vs. | : | |
| | : | |
| JACOB BOGATIN | : | CRIMINAL NO. 26-132 |
| *IN LOCAL CUSTODY* | | |

**NOTICE OF HEARING**

**TAKE NOTICE** that the above-named defendant has been scheduled for **SENTENCING** on **November 18, 2026** at **10:00 A.M.** before the **Honorable Mary Kay Costello** in Courtroom 6A, 6th floor of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.
☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.
☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.
☐ **Interpreter:** A interpreter will be required for the defendant.
☐ **Hearing rescheduled from:**

**AT LEAST SEVEN (7) DAYS BEFORE SENTENCING, THE PARTIES SHALL FILE AND SERVE SENTENCING MEMORANDA which, in addition to information concerning the Defendant that counsel believes the Court should consider, set forth any legal authority upon which they will rely at sentencing. Sentencing motions shall be filed and served at least seven (7) days before sentencing. Sentencing memorandum and motions shall be served on the United States Probation Officer when the original is filed.**

For additional information, please contact the undersigned.

Michael Coyle,
Deputy Clerk to Judge Mary Kay Costello

Notice to:
Defendant
James Joseph McHugh, Jr., Esq., Defense Counsel
Matthew Todd Newcomer, A.U.S.A.
Jerome M. Maiatico, A.U.S.A.U.S. Marshal
Probation Office
Pretrial Services
Interpreter Coordinator